UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SCOTT CARRION,**
    Plaintiff,                                   **Case: 8:11-cv-01588-RAL-TGW**
v.

**SUNRISE CREDIT SERVICES, INC.**
    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, SCOTT CARRION, by and through his undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby voluntarily dismisses this action with prejudice.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: SUNRISE CREDIT SERVICES, INC., 260 Airport Plaza, Farmingdale, New York 11735 this 26th day of August, 2011.

THE CONSUMER RIGHTS LAW GROUP

/s/ James. S. Giardina
JAMES S. GIARDINA
*Trial Counsel*
Fla. Bar. No. 0942421
3104 W Waters Avenue, Suite 200
Tampa, Florida 33614-2877
Tel: (813) 435-5055 ext 101
Fax: (866) 535-7199
*Attorneys for Plaintiff*